## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE : | NO. 08-1112M |
| EXTRADITION OF ROBERT GORDON : | |
| : | HON. TIMOTHY R. RICE |

### ORDER

**AND NOW**, this 3rd day of September, 2008, Assistant U.S. Attorney Kevin Brenner appearing on behalf of the Government of the United Kingdom of Great Britain and Northern Ireland, defendant appearing in person and with counsel, and the Court, having been advised that Robert Gordon has thus far abided by all conditions imposed on August 22, 2008 which allowed for his temporary release from detention, and giving consideration to Robert Gordon's various medical conditions, some of which require prescription medications, the Court hereby **ORDERS**:

1) Robert Gordon shall surrender himself to the United States Marshals in the Eastern District of Pennsylvania at a date and time to be determined by the government;

2) Prior to surrendering himself to the United States Marshals, Robert Gordon shall present himself to Pretrial Services in this district and surrender the electronic monitoring device and the electronic ankle bracelet;

3) From the time of his surrender through his arrival in the United Kingdom, Robert Gordon shall be permitted to maintain in his possession, and use as required, the following medications:

    a.) Lantus (insulin glargine);
    b.) Actos;
    c.) Amaryl;
    d.) Cardizem CD;
    e.) Diovan HCT;
    f.) Aggrenox;
    g.) Loraxepam;
    h.) Allopurinol;
    i.) Uroxatral;
    j.) Lovaza capsules; and
    k.) Cosopt Eye drops.

4) From the time of his surrender through his arrival in the United Kingdom, Robert Gordon shall be allowed to wear eyeglasses, and keep in his possession a document containing the name and contact information for his attorney in the United Kingdom, as well as a copy of this executed Order.

5) The Court shall retain jurisdiction to enforce its orders and resolve any issues or disputes that may arise, to the extent permitted by law.

BY THE COURT:

_____
HONORABLE TIMOTHY R. RICE
*United States Magistrate Judge*