IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE : 
EXTRADITION OF : MAGISTRATE NO. 08-1112M
ROBERT GORDON :

**ORDER**

AND NOW, this 19th day of November, 2010, upon consideration of the Petition for Expungement (Doc. No. 16), Government's Memorandum Addressing Whether the Court has Jurisdiction over said Petition (Doc. No. 18), and Petitioner's Reply to the Government's Memorandum (Doc. No. 21), it is hereby **ORDERED** the Petition is **DISMISSED** for lack of jurisdiction.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States Magistrate Judge